# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 13, 2019

## NO. 03-18-00089-CR

**Wayne Allen Hammock, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 403RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND SMITH**
**AFFIRMED IN PART; VACATED IN PART -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction for Counts 1, 2, and 4 but that there was reversible error in the trial court's judgments of conviction for Counts 3 and 5. Therefore, the Court affirms the trial court's judgments of conviction for aggravated sexual assault of a child in Counts 1 and 2 and the trial court's judgment of conviction for indecency with a child in Count 4; the Court vacates the trial court's judgment of conviction for aggravated sexual assault of a child in Count 3 and the trial court's judgment of conviction for indecency with a child in Count 5. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.